

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00093-CV

———————————————

IN RE JIM LEE, 720 CONSTRUCTION, LP, AND 720 MANAGEMENT, LLC,
Relators

---

Original Proceeding
Trial Court No. 18-8046-16

---

Before Womack, Pittman, and Birdwell, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied, and the stay imposed by our March 19, 2019 order is lifted.

Per Curiam

Delivered: May 2, 2019